**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| ROBERT M., | : | |
| | : | |
| Plaintiff, | : | Case No. 3:25-cv-287 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : | Magistrate Judge Karen L. Litkovitz<br>Magistrate Judge Grace M. Royalty[1] |
| | : | |
| Defendant. | : | |

---

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. NO. 12)**

---

This appeal of Defendant Commissioner's supplemental security income decision is currently before the Court on Magistrate Judge Karen L. Litkovitz's Report and Recommendation (the "Report") (Doc. No. 12), recommending dismissal of this action. As explained in the Report, Plaintiff Robert M. ("Plaintiff") applied to the Social Security Administration for Disability Insurance Benefits in January of 2023, alleging disability as a result of congestive heart failure, chronic kidney disease, and memory issues. (*Id.* at PageID 822.) After Plaintiff's applications were denied initially and upon reconsideration, Administrative Law Judge Stuart Adkins ("ALJ Adkins") granted Plaintiff a hearing. (*Id.*) Following the hearing, ALJ Adkins issued an order denying Plaintiff's application on August 7, 2024. (*Id.*) Thereafter, the Appeal's Council denied Plaintiff's petition for review. (*Id.* at PageID 822–23.) After a review of the record, Magistrate Judge Litkovitz opined that ALJ Adkins' findings were supported by substantial evidence and

[1] After Magistrate Judge Litkovitz issued her Report and Recommendation (Doc. No. 12), the case was reassigned to Magistrate Judge Grace M. Royalty. (*See* Doc. No. 13.)

recommended that Plaintiff's statement of errors be overruled and that the Commissioner's non-disability finding be affirmed. (*Id*. at PageID 839.) Magistrate Judge Litkovitz issued her Report on October 13, 2026. (*See generally id*.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Noting that no objections to Magistrate Judge Litkovitz's Report have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** the Report and Recommendation (Doc. No. 12), in full. The instant Complaint (Doc. No. 4) is hereby **DISMISSED**, and the Clerk is directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, October 28, 2026.

s/Thomas M. Rose

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE